IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN D. METZ<br><br>Plaintiff,<br><br>v.<br><br>BAE SYSTEMS TECHNOLOGY SOLUTIONS & SERVICES, INC.<br><br>Defendant. | Civil Action No. 1:12cv1694 |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS ON GROUNDS OF MOOTNESS

Plaintiff filed his original complaint on October 16, 2012. Defendant BAE filed a motion to dismiss the original complaint on November 8, 2012. In response, Plaintiff is entitled to file an amended complaint as a matter of right under Federal Rule of Civil Procedure 15(a)(1)(B). Plaintiff filed an Amended Complaint today, November 21, 2012, which replaces and supersedes the original complaint. The filing of the Amended Complaint has eliminated the need for BAE's motion to dismiss the original complaint to be decided. Accordingly, BAE's motion to dismiss the original complaint should be denied as moot. A proposed order accompanies this opposition.

November 21, 2012                    Respectfully submitted,

                                     _____
                                     Peter C. Cohen
                                     D.C. Bar No. 413247
                                     pcohen@cbcblaw.com
                                     CHARLSON BREDEHOFT COHEN
                                       BROWN & SAKATA, P.C.
                                     11260 Roger Bacon Drive, Suite 201
                                     Reston, VA 20190
                                     (703) 318-6800 Telephone
                                     (703) 318-6808 Facsimile

                                     *Counsel for Plaintiff,*
                                       *Stephen D. Metz*

## CERTIFICATE OF SERVICE

I hereby certify on the 21st day of November 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

                    Robert J. Smith
                    D.C. Bar No. 47951
                    rsmith@morganlewis.com
                    Joyce E. Taber
                    D.C. Bar No. 478681
                    jtaber@morganlewis.com
                    MORGAN, LEWIS & BOCKIUS LLP
                    1111 Pennsylvania Ave, NW
                    Washington, DC 20004
                    (202) 739-3000 Telephone
                    (202) 739-3001 Facsimile

                    *Counsel for Defendant,*
                      *BAE Systems Technology Solutions*
                      *& Services, Inc.*

                    _____
                    Peter C. Cohen