UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN D. METZ, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 12-1694 (GK) |
| BAE SYSTEMS TECHNOLOGY SOLUTIONS & SERVICES, INC., | : |
| Defendant. | : |

## ORDER

Plaintiff Stephen D. Metz ("Plaintiff" or "Metz") brings this diversity action against Defendant BAE Systems Technology Solutions & Services, Inc. ("Defendant" or "BAE") alleging violations of the common law of the District of Columbia.

This matter is presently before the Court on Defendant's Motion to Dismiss Plaintiff's Amended Complaint [Dkt. No. 13]. Upon consideration of the Motion, Opposition [Dkt. No. 19], Reply [Dkt. No. 20], and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that Defendant's Motion to Dismiss Plaintiff's Amended Complaint is **granted**.

September 30, 2013

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies to:** attorneys on record via ECF