IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN D. METZ )<br><br>Plaintiff, )<br><br>v. )<br><br>BAE SYSTEMS TECHNOLOGY SOLUTIONS )<br>& SERVICES, INC. )<br><br>Defendant. ) | Civil Action No. 1:12cv1694 |

## NOTICE OF APPEAL

Notice is hereby given this 1st day of October 2013, that Plaintiff Stephen D. Metz hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order of this Court (and Memorandum Opinion to the Order) entered on the 30th day of September 2013, in favor of Defendant BAE Systems Technology Solutions & Services, Inc., and against Plaintiff Stephen D. Metz.

October 1, 2013

Respectfully submitted,

/s/ Peter C. Cohen
Peter C. Cohen
D.C. Bar No. 413247
pcohen@cbcblaw.com
CHARLSON BREDEHOFT COHEN
 BROWN & SAKATA, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, VA 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile

*Counsel for Plaintiff,*
*Stephen D. Metz*

## CERTIFICATE OF SERVICE

I hereby certify on the 1st day of October, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Robert J. Smith
> D.C. Bar No. 47951
> rsmith@morganlewis.com
> Joyce E. Taber
> D.C. Bar No. 478681
> jtaber@morganlewis.com
> Lincoln O. Bisbee
> *Pro hac vice*
> MORGAN, LEWIS & BOCKIUS LLP
> 1111 Pennsylvania Ave, NW
> Washington, DC 20004
> (202) 739-3000 Telephone
> (202) 739-3001 Facsimile
>
> *Counsel for Defendant,*
>  *BAE Systems Technology Solutions*
>  *& Services, Inc.*

_[signature]_
Peter C. Cohen